**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICIA EVANS, et al. | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-4095 |
| | : | |
| FITNESS & SPORTS CLUBS, LLC, | : | |
|     Defendant. | : | |

**<u>ORDER</u>**

**AND NOW**, this _28th_ day of ___September, 2016, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 21) is **GRANTED**.

                                                        s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: